UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK A. PIERCE, | ) | 2:11-cv-09463-SVW-FMO |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| SANTA MARIA JOINT UNION HIGH | ) | |
| SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Judgment is hereby entered AGAINST Plaintiff and IN FAVOR of Defendant Santa Maria Joint Union High School District, as outlined in the Court's Orders dated November 20, 2012 and January 29, 2013.

IT IS SO ORDERED.

DATED: April 2, 2013

_____

STEPHEN V. WILSON

UNITED STATES DISTRICT JUDGE